AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Brown | ) | Case No. 1:16 MJ16 GRJ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 20, 2016__ in the county of __Alachua__ in the __Northern__ District of __Florida__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) and 879(a)(2) | Interstate threats and threats against family of the President of the United States |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Peter Andrews, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_Pete F. Ade____
*Complainant's signature*

Peter Andrews, USSS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Apr. 1 22, 2016__

_____
*Judge's signature*

City and state: __Gainesville, Florida__     Gary R. Jones, United States Magistrate Judge
*Printed name and title*

Filed0422'16USDcFln1PM0439

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

### Affidavit in Support of the Issuance of a Criminal Complaint

I, Peter Andrews, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.    I have been employed by the United States Secret Service ("USSS") as a special agent for seventeen years.  Before becoming a special agent, I was a police officer with the Pembroke Pines Police Department, in Pembroke Pines, Florida, for three years.  My current duties include, but not inclusive, the investigation of threats against individuals who are protected by the United States Secret Service, under Title 18 United States Code 3056.  As part of my duties, I am responsible for investigating and, if possible, interviewing individuals who have made threats or made inappropriate behaviors or show unusual interest toward Protectees of the United States Secret Service that may result in an unwanted outcome.

2.    The following is based upon my training, experience, and information I have gained from personal involvement in this investigation and information provided to me by fellow criminal investigators and witnesses.  This affidavit is being submitted for the limited purpose of establishing probable cause supporting the issuance of a criminal complaint for DAVID MICHAEL BROWN for

Filed04221605DcFln4on043

unlawfully transmitting in interstate commerce any communication containing a threat to injure any person, in violation of Title 18, United States Code, Section 875(c). Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint for BROWN, I have not included herein every fact learned during the course of the investigation, but rather, only those facts I believe necessary to establish probable cause. All statements of other persons described herein are set forth in substance and in part, rather than verbatim.

3.      On April 20, 2016 at 1549 Hrs. I received notification from the Protective Intelligence Division (PID) of the United States Secret Service, advising of a threat which was received by the Mississippi Attorney General's Office from an anonymous write-in tip.

4.      On April 18, 2016 at 2030 Hrs. (local), the Mississippi Attorney General's Office received a write-in containing a threat toward the First Lady of the United States (FLOTUS) and her visit to Jackson State University. The write-in contained the statement as follows: "JSU is unable to provide the level of protection for the first lady of the united states. My knights are waiting to get a great shot to take her down and let her know her kind are not welcome here." The user self-reported the email address as KKK@whiteknights.com and the user

2

name, "Grand Wizard." All the information was self-reported, however the Attorney General's Office was able to capture an IP address, 165.214.11.75.

5.　　The IP address resolved back to Hospital Corporation of America (HCA) in Nashville, Tennessee. The USSS Nashville office was advised by company the IP address was used by DAVID BROWN at the North Florida Regional Medical Center (6500 West Newberry Road, Gainesville, Florida 32605, 352-333-4000.

6.　　Continuing on April 20, 2016, I telephonically contacted J.S. (Assistant Chief Nursing Officer, North Florida Regional Healthcare) by phone at 352-333-4120, and advised her of the investigation. J.S. confirmed that BROWN works as a Medical Researcher at the facility and was currently on site.

7.　　I responded to North Florida Regional Medical Center and contacted BROWN for the purpose of an interview.

8.　　I confirmed BROWN's identity by his California Driver's License with the following identifiers: Name – David Michael Brown, DOB, White Male, Ht. 6'0", WT – 200 lbs. BROWN provided his Social Security Number as XXX-XX-6568.

9.　　I advised BROWN of the investigation and BROWN immediately admitted to making the threatening statement. BROWN advised he sent the same

3

statement to the FBI using their "tip write in" application on their website on April 14, 2016.

10.   BROWN disagreed about it being a threatening statement, saying he is a Democrat and has no problems with the First Lady or any other of our Protectees's. He stated he wanted to make sure we (the USSS and FBI) were "on our game" and ready to increase protection, because he lived in Mississippi and knows how racist and different the people in Mississippi can be.

11.   BROWN was aware of the pending visit by the First Lady to Jackson State University because, according to him, he is still on the JSU payroll and has access to the JSU email router. BROWN stated he was falsely terminated by JSU and won a lawsuit to receive his job back and in currently on medical leave.

12.   BROWN was apologetic about making the statements and stated he went about it the wrong way, stating he was only trying to warn us about possible dangers in Mississippi. He has no knowledge of any threats, he does not belong to the KKK, but he admitted he just made that information up to make the statement look credible.

13.   During the interview, BROWN showed me the computer he was using. I was able to see the internet explorer history which showed BROWN accessed the Mississippi Attorney General's website and the FBI website.

4

BROWN also showed how he entered the information and statement on the websites.

14.     Based upon the foregoing, I believe that probable cause exists for the issuance of a criminal complaint charging BROWN with violating Title 18, United States Code, Section 875(c), unlawfully transmitting in interstate commerce any communication containing a threat to injure any person.

_Peter F. Adam_
PETER ANDREWS
Senior Special Agent
United States Secret Service


Subscribed and Sworn to before me this 22nd day of April 2016.

_GARY R. JONES_
United States Magistrate Judge

5